EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Comité Asesor Permanente de<br>Reglas de Evidencias – Informe<br>de Reglas de Derecho Probatorio 2007 | 2007 TSPR 74<br><br>170 DPR _____ |

Número del Caso: EC-2007-0001

Fecha: 24 de abril de 2007

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Comité Asesor Permanente de
Reglas de Evidencia – Informe
de Reglas de Derecho Probatorio 2007      EC-2007-1

RESOLUCIÓN

San Juan, Puerto Rico, a 24 de abril de 2007.

El 24 de enero de 2006, mediante la Resolución número EC-2006-01, este Tribunal reactivó el Comité Asesor Permanente de Reglas de Evidencia, adscrito al Secretariado de la Conferencia Judicial y Notarial, con la encomienda de evaluar las Reglas de Evidencia a la luz de la Ley de la Judicatura de Puerto Rico de 2003, Ley 201 de 22 de agosto de 2003, según enmendada. Además, se le encomendó al Comité enmarcar los trabajos en el desarrollo de un Proyecto moderno de Reglas de Evidencia que esté dirigido principalmente a agilizar los procedimientos judiciales.

El pasado 10 de abril de 2007, el Comité Asesor Permanente de Reglas de Evidencia hizo entrega formal de su Informe Final.

Dado ello, este Tribunal tiene por cumplida la tarea que le fuera delegada al Comité y acepta el Informe de Reglas de Derecho Probatorio presentado.

El Tribunal remite el Informe al Secretariado de la Conferencia Judicial y Notarial para su difusión y correspondiente

análisis. Se instruye a la Directora del Secretariado, Lcda. Lilia M. Oquendo Solís, a tomar las medidas necesarias para conceder a la comunidad jurídica y la ciudadanía la oportunidad de examinar el Informe y a someter sus recomendaciones para la consideración del Tribunal una vez concluido el proceso de evaluación.

Finalmente, el Tribunal agradece a las siguientes personas que fungieron como miembros del Comité Asesor Permanente de Reglas de Evidencia la excelente labor realizada y la  agilidad y rapidez con que se efectuaron los trabajos:

> Hon.  Luis Rivera Román, Presidente
> Lcdo. Ernesto L. Chiesa Aponte
> Hon.  Bruno Cortés Trigo
> Lcdo. Rolando Emmanuelli Jiménez
> Lcdo. Alberto Omar Jiménez Santiago
> Lcdo. Ricardo Ramírez Lugo
> Lcdo. Francisco Rebollo Casalduc
> Lcda. Heidi Rodríguez
> Lcdo. Heriberto Sepúlveda Santiago
> Lcda. Vivian Neptune
> Lcdo. Fernando Luis Torres Ramírez
> Lcdo. Enrique Vélez Rodríguez

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo